DAVID L. MAITLAND, Respondent, *v.* THE CITY OF WATERTOWN, Appellant.

*Maitland* v. *City of Watertown*, 177 App. Div. 950, affirmed.
(Argued February 6, 1919; decided February 25, 1919.)

APPEAL from a judgment, entered March 30, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint and directed reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Defendant was engaged in blasting rock preparatory to the construction of a bridge. The blasts were discharged by electricity conveyed by wires strung along the ground. Defendant while in the performance of his duties caught his foot in one of these wires and was thereby thrown into a pit receiving the injuries complained of.

*H. D. Bailey* for appellant.
*Thomas Burns* and *Melvin F. Kinkley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.